■ In the Matter of HAROLD W. SCHWARTZ, Appellant, v

New York City Transit Authority, Respondent.—Judgment, Supreme Court, New York County (George Smith, J.), entered on January 12, 1987, and order of said court (Karla Moskowitz, J.), entered on June 24, 1987, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court (Karla Moskowitz, J.), entered on May 7, 1987 is dismissed as nonappealable. No opinion. Concur—Kupferman, J. P., Sullivan, Ross and Ellerin, JJ.